```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                  COLUMBUS DIVISION
```

| | | |
|---|---|---|
| IN RE MENTOR OBTAPE | * | MDL Docket No. 2004 |
| | | 4:08-MD-2004 (CDL) |
| TRANSOBTURATOR SLING PRODUCTS | * | |
| | | CASE NO. 4:14-CV-198 (Weber) |
| LIABILITY LITIGATION | * | |

O R D E R

Presently pending before the Court is Defendant Mentor Worldwide LLC's Motion for Suggestion of Remand to the United States District Court for the District of Minnesota (ECF No. 27 in 4:14-cv-198). As discussed below, the motion is granted.

Plaintiff Glenda Weber alleged in her Complaint that she sustained injuries caused by Mentor's suburethral sling product, ObTape Transobturator Tape, which is at issue in this multidistrict litigation proceeding. Compl. ¶¶ 1, 16, 19, ECF No. 1-1 in 4:14-cv-198 (alleging injuries caused by "ObTape transobturator sling"). The Judicial Panel on Multidistrict Litigation transferred Weber's case to this Court. *See* Conditional Transfer Order No. 111, ECF No. 3 in 4:14-cv-198.

During discovery, however, the parties learned that Weber was not implanted with ObTape but with a different product. Given that this case does not involve ObTape, it does not "involve questions of fact that are common to the actions" that are part of this multidistrict litigation proceeding.

Conditional Transfer Order No. 111. Therefore, the Court grants Mentor's motion for a suggestion of remand so that the Judicial Panel on Multidistrict Litigation may enter an order transferring this case back to the transferor court, the United States District Court for the District of Minnesota.

IT IS SO ORDERED, this 22nd day of December, 2015.

                                         S/Clay D. Land
                                         CLAY D. LAND
                                         CHIEF U.S. DISTRICT COURT JUDGE
                                         MIDDLE DISTRICT OF GEORGIA